UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SWALL, et al.,<br><br>                                   Plaintiffs,<br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>                                   Defendants. | Case No.:  21-cv-617-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 19] |

On August 24, 2021, Plaintiffs Steve Swall and Clifford Swall joined by Defendant The Prudential Insurance Company of America filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice.  Each party shall bear its own costs and attorney's fees.  The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED.**

Dated:  August 25, 2021

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge